N THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| PATRICIA MATHENY-WHITE, | Civil No. 3:09-CV-5277-RBL-KLS |
|---|---|
| Plaintiff, | |
| vs. | ORDER FOR REMAND |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the following actions:

- A new ALJ will be appointed to this case on remand;
- The ALJ will conduct a new hearing, further develop the record and issue a new decision;
- The ALJ will re-evaluate and further develop the medical evidence of record;
- The ALJ will re-evaluate steps two and three of the sequential evaluation process;
- The ALJ will re-evaluate Plaintiff's credibility pursuant to SSR 96-7p;
- The ALJ will reassess Plaintiff's RFC;
- If ALJ will re-evaluate steps four and five of the sequential evaluation process with the assistance of a vocational expert, if necessary.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 12th day of November, 2009.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

s/Karen L. Strombom
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ FRANCO L. BECIA,  WSB # 26823
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-2114
FAX: (206) 615-2531
Franco.L.Becia@ssa.gov