**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT WASHINGTON**

| | | |
|---|---|---|
| **PAT MATHENY-WHITE,** | ) | |
| **Plaintiff** | ) | **No. C09-5277-RBL-KLS** |
| **v.** | ) | |
| | ) | **ORDER** |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| **Defendant.** | ) | |

This matter having come on regularly before the undersigned by the stipulated motion for attorney fees pursuant to the Equal Access to Justice Act, it is hereby:

ORDERED that Plaintiff's attorney, Victoria B. Chhagan, be awarded $3,302.32 in attorney fees, and Plaintiff's attorney, Amy Gilbrough, be awarded $473.94

///

1  in fees and $358.85 in costs, pursuant to the Equal Access to Justice Act, 28 U.S.C. §

2  2412, payable from the Judgment Fund pursuant to 31 U.S.C §1304.

3  IT IS SO ORDERED this 11th day of January, 2010

4  _____
5  RONALD B. LEIGHTON
6  UNITED STATES DISTRICT JUDGE
7
8